## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**VILLAGE APOTHECARY INC d/b/a**
**Village Healthmart Drug**                                    **PLAINTIFF**

v.                                    **No. 4:16-cv-551-DPM**

**AETNA HEALTH MANAGEMENT**
**LLC and COVENTRY PRESCRIPTION**
**MANAGEMENT SERVICES INC**                        **DEFENDANTS**

### JUDGMENT

Based on Plaintiff's notice of voluntary dismissal, all pending motions

are denied without prejudice as moot, and the complaint is dismissed without

prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

15 September 2016